

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-750

**Effective Date of Registration:**
November 13, 2023

**Registration Decision Date:**
January 08, 2024

---

## Title
 

**Title of Work:** Black Cat Cafe

## Completion/Publication
 

**Year of Completion:** 2013
**Date of 1st Publication:** January 06, 2013
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Ryan Conners
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
 

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions
 

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification
 

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111305

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-844

**Effective Date of Registration:**
November 13, 2023

**Registration Decision Date:**
January 09, 2024

---

## Title

**Title of Work:** Kitty Takes a Ride On A Chicken

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 05, 2013
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Ryan Conners
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111310



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-187-238

**Effective Date of Registration:**
December 06, 2019

**Registration Decision Date:**
January 23, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title
___

Title of Work: A Latte of Love

## Completion/Publication
___

Year of Completion: 2015
Date of 1st Publication: July 29, 2015
Nation of 1st Publication: United States

## Author
___

- Author: Ryan Conners
  Author Created: Painting
  Citizen of: United States

## Copyright Claimant
___

Copyright Claimant: Ryan Conners
707 North St, Oil City, PA, 16301, United States

## Rights and Permissions
___

Name: Ryan Conners
Email: kilkennycat_@yahoo.com
Telephone: (503)816-3110
Alt. Telephone: (503)816-3110
Address: 707 North St
Oil City, PA 16301 United States

## Certification
___



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-224-587

**Effective Date of Registration:**
September 30, 2020
**Registration Decision Date:**
November 25, 2020

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Autumn Pumpkin Coffee Cat

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 18, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Ryan Conners
- **Author Created:** Painting
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St, Oil City, PA, 16301, United States

## Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Telephone:** (503)816-3110
**Alt. Telephone:** (503)816-3110
**Address:** 707 North St
Oil City, PA 16301 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-748

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 08, 2024

## Title

**Title of Work:** Autumn Siamese Coffee Cat

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 19, 2014
**Nation of 1st Publication:** United States

## Author

**Author:** Ryan Conners
**Author Created:** 2-D artwork
**Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

**Name:** Ryan Conners
**Email:** kilkennycat_@yahoo.com
**Address:** 707 North St.
Oil City, PA 16301 United States

## Certification

**Name:** David Denholm
**Date:** November 13, 2023
**Applicant's Tracking Number:** RC2023111304



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-377-838

**Effective Date of Registration:**
November 13, 2023
**Registration Decision Date:**
January 09, 2024

## Title

**Title of Work:**   The Library Cat

## Completion/Publication

**Year of Completion:**   2015
**Date of 1st Publication:**   April 27, 2015
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Ryan Conners
**Author Created:**   2-D artwork
**Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Ryan Conners
707 North St., Oil City, PA, 16301, United States

## Rights and Permissions

**Name:**   Ryan Conners
**Email:**   kilkennycat_@yahoo.com
**Address:**   707 North St.
Oil City, PA 16301 United States

## Certification

**Name:**   David Denholm
**Date:**   November 13, 2023
**Applicant's Tracking Number:**   RC2023111315

